**GRAY, M.**

v.

**BUREAU OF DRIVER LICENSING**

**1759 CD 2016**

Commonwealth Court of Pennsylvania.

06/09/2017

Chester County Civil Division, No. 2016–02152–LS

Affirmed

**GUEST HOSPITALITY**

v.

**UCBR**

**1010 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Unemployment Compensation Board of Review, B-589485

Affirmed

**WATERS–BEY, J.**

v.

**UCBR**

**777 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Unemployment Compensation Board of Review, B–587616

Reversed/Remanded

**HARPER, D.**

v.

**WCAB (UPS)**

**1468 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Workers' Compensation Appeal Board, A15–0948

Quashed